AO 245S (Rev. 9/00) Sheet 1 - Acquittal Judgment in a Criminal Case

RECEIVED
IN LAKE CHARLES, LA
JUN - 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana
## Lake Charles Division

UNITED STATES OF AMERICA

Case Number: 2:04-CR-20059-008

v.

**ANTHONY B. BURNS**

## JUDGMENT OF ACQUITTAL

The defendant, Anthony B. Burns, was represented by Eugene A. Bouquet.

The defendant has been found not guilty on counts(s) 1 of the indictment, and is discharged as to such count(s).

Signed this the __8__ day of __June__, 2007.

U.S. MARSHAL # 12595-035

PATRICIA MINALDI
United States District Judge

COPY SENT:
DATE: 6-8-07
BY:
TO: USP-LC-1, USM-LC-1